UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LARRY RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK ESSICK, et al.,<br><br>    Defendants. | Case No. 22-cv-04652-LB<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION** |

The plaintiff filed an application to proceed *in forma pauperis*. The court grants the application and directs the Clerk of Court to issue the summons for the Sonoma County defendants named in ECF No. 1. The court also directs the U.S. Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the summons and complaint, any amendments or attachments, the plaintiff's affidavit, the court's longer order addressing the case issues, and this order on those defendants.

**IT IS SO ORDERED.**

Dated: September 19, 2022

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 22-cv-04652-LB